Hugh TITO, Plaintiff–Appellant,

v.

Ashton B. CARTER, The Honorable, Secretary, Department of Defense (Defense Logistics Agency), Defendant–Appellee.

No. 16-1036

United States Court of Appeals, Fourth Circuit.

Submitted: August 11, 2016

Decided: August 16, 2016

Hugh Tito, Appellant Pro Se. Jonathan Holland Hambrick, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, KEENAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hugh Tito appeals the district court's order granting Defendant's motion for summary judgment and dismissing his civil action alleging age discrimination in a promotion decision and in setting his compensation while he held a temporary position. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* Tito v. Hagel, No. 3:14–cv–00453–

---

summary judgment. See Hunt v. Calhoun Cnty. Bank, Inc., 8 F.Supp.3d 720, 731 (E.D. Va. 2014) ("Failure to meet and confer does not automatically result in denial of a motion.

REP, 2015 WL 7283120 (E.D. Va. Nov. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

Rather, sanctions for failure to meet and confer lie within a district court's discretion and

its inherent power to control its docket." (citations omitted)).